# United States Bankruptcy Court
## FOR THE
## EASTERN DISTRICT OF VIRGINIA

IN RE: Jamal Abdel Slater  
    3818 Chamberlayne Ave.  Apt #6  
    Richmond, VA  23227

CASE No. 00-04-40476

# FINAL REPORT AND ACCOUNT
### DATED: 10-03-05
### DISMISSED AFTER CONFIRMATION

Pursuant to Chapter 13 Rule 2015(a)(6), your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements.  Copies of these detailed records have been filed with the Court, or are attached hereto, and as provided by Chapter 13 Rule 2015(a)(6) are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.    $466.40  
44.13 PERCENT PLAN

| CLAIM NUMBER | CREDITOR'S NAME | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| 001 | SHERMAN FINANCIAL | UNSECURED | 4441.64 | | | 1960.25 |
| 002 | B-LINE | UNSECURED | 3113.56 | | | 1374.12 |
| 003 | KRUMBEIN & ASSOCIATES, PLLC | ATTORNEY FEES | 1574.58 | 451.06 | | 1123.52 |
| 004 | JEFFERSON CAPITAL SYSTEMS | UNSECURED | 713.93 | | | 315.08 |
| 005 | eCAST SETTLEMENT CORP. | UNSECURED | 474.03 | | | 209.21 |

ATTORNEY         : Hartley E. Roush  
DATE FILED       : 11-11-04  
DATE CONFIRMED   : 02-01-05  
DATE TERMINATED  : 10-03-05  

REFUND TO DEBTOR: 0.00

ATTORNEY FEES          451.06  
TRUSTEE COMMISSION      15.34  
INTEREST                 0.00  
TOTAL DISBURSEMENTS    466.40  

/S/ Robert E. Hyman  
TRUSTEE