**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
_____Richmond_____ Division

In re  Jamal Abdel Slater                                                    Case No.  04-40476-DOT

                                                    Debtor(s)                     Chapter  13

### ORDER FOR RETURN OF UNCLAIMED FUNDS

A Motion for Return of Unclaimed Funds having been filed pursuant to Local Bankruptcy Rule 3011-1, said motion having been served on the United States Trustee and the United States Attorney for the Eastern District of Virginia and there being no objections filed; it is

**ORDERED** that the unclaimed funds in the amount of $ 911.12 , currently on deposit with the Treasury of the United States, be returned to:

Jamal Abdel Slater, Claimant
305 Arlington St. #37
Ashland, VA 23005

Let the Clerk give notice of entry of this order to the debtor(s), attorney for debtor(s), movant, attorney for movant, if applicable, trustee and United States Trustee.

Date:  Sep 25 2020                              /s/ Keith L Phillips
                                                United States Bankruptcy Judge

                                                NOTICE OF JUDGMENT OR ORDER
                                                ENTERED ON DOCKET:
                                                  Sep 25 2020

pc: Financial Administrator

[ounclmfd ver. 03/06]